**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL PAUL McWILLIAMS and C.J.M., Plaintiffs** | : | **No. 3:25cv876** |
| | : | **(Judge Munley)** |
| **v.** | : | |
| **PIKE COUNTY PROBATION OFFICE; PIKE COUNTY DISTRICT ATTORNEY'S OFFICE; PIKE COUNTY; and DELAWARE VALLEY SCHOOL DISTRICT, Defendants** | : | FILED SCRANTON AUG 05 2026 PER ___ DEPUTY CLERK |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

**AND NOW**, to wit, this 5th day of August 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff Michael Paul McWilliams's objections to the Report and Recommendation ("R&R"), (Docs. 45, 45-1), are **SUSTAINED** in part and **OVERRULED** in part;

2) The R&R, (Doc. 44), is **ADOPTED** in part and **NOT ADOPTED** in part;

3) Defendant Pike County Probation Office, Pike County District Attorney's Office, and Pike County's ("Pike County Defendants") motion to dismiss, (Doc. 24), is **GRANTED**;

4) The Section 1983 claims asserted on behalf of C.J.M. against the Pike County Defendants are **DISMISSED** without prejudice;

5) McWilliams's Section 1983 claims against the Pike County Probation Office as asserted in the complaint are **DISMISSED** with prejudice;

6) McWilliams's Section 1983 claims against the Pike County District Attorney's Office as asserted in the complaint are **DISMISSED** with prejudice;

7) McWilliams's Section 1983 claims against Pike County as asserted in the complaint are **DISMISSED** without prejudice;

8) McWilliams may file an amended complaint within 30 days of the date of this order; and

9) McWilliams's motion for a preliminary injunction, (Doc. 28), is **DENIED**.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**